

| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

**Defendant:** **Kellogg Sales Company**

**Bankruptcy Case:** **Southern Foods Group, LLC d/b/a Dean Foods**

**Preference Period:** **Aug 14, 2019 - Nov 12, 2019**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1516179 | $63,966.73 | 9/17/2019 | 110061222 | 7/17/2019 | $5,470.83 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1506040 | $33,144.40 | 8/20/2019 | 109963738 | 6/18/2019 | $33,144.40 |
| Dean Foods Company | Dean Foods Company and Suiza Dairy Group, LLC | 1508673 | $51,384.79 | 8/27/2019 | 109927299 | 6/25/2019 | $31,680.00 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1508673 | $51,384.79 | 8/27/2019 | 109971264 | 6/25/2019 | $19,704.79 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1509248 | $15,840.00 | 8/28/2019 | 109945871 | 6/27/2019 | $15,840.00 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1511063 | $5,071.71 | 9/4/2019 | 109949267 | 7/2/2019 | $5,071.71 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1513139 | $33,144.40 | 9/10/2019 | 109972962 | 7/8/2019 | $33,144.40 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1514101 | $9,212.99 | 9/12/2019 | 109981273 | 7/12/2019 | $9,212.99 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1515058 | $19,789.20 | 9/16/2019 | 109975858 | 7/14/2019 | $19,789.20 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1504256 | $5,071.71 | 8/15/2019 | 109963664 | 6/14/2019 | $5,071.71 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1516179 | $63,966.73 | 9/17/2019 | 109988755 | 7/15/2019 | $25,351.50 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1530387 | $19,704.79 | 10/29/2019 | 110046757 | 8/28/2019 | $19,704.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Suiza Dairy Group, LLC | 1521592 | $3,561.75 | 10/1/2019 | 109941183 | 5/29/2019 | $3,561.75 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1522600 | $7,128.00 | 10/3/2019 | 109989497 | 8/2/2019 | $7,128.00 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1524071 | $33,960.79 | 10/8/2019 | 109985677 | 8/7/2019 | $19,704.79 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1524071 | $33,960.79 | 10/8/2019 | 110018337 | 8/7/2019 | $14,256.00 |
| Dean Foods Company | Dean Foods Company and Mayfield Dairy Farms, LLC | 1524711 | $3,168.00 | 10/9/2019 | 109995777 | 8/8/2019 | $3,168.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1525090 | $63,360.00 | 10/10/2019 | 109941778 | 8/9/2019 | $31,680.00 |
| Dean Foods Company | Dean Foods Company and Southern Foods Group, LLC | 1525090 | $63,360.00 | 10/10/2019 | 110026460 | 8/9/2019 | $31,680.00 |
| Dean Foods Company | Dean Foods Company and Suiza Dairy Group, LLC | 1527802 | $31,680.00 | 10/17/2019 | 109976197 | 8/16/2019 | $31,680.00 |
| Dean Foods Company | Dean Foods Company and Friendly's Manufacturing and Retail, LLC | 1516179 | $63,966.73 | 9/17/2019 | 109933893 | 7/16/2019 | $33,144.40 |

Totals:     16 transfer(s),     $399,189.26