

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **Kellogg Sales Company** |
| Bankruptcy Case: | **Southern Foods Group, LLC d/b/a Dean Foods** |
| Preference Period: | **Aug 14, 2019 - Nov 12, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Dairy Holdings, LLC | Dean Dairy Holdings, LLC and Midwest Ice Cream Company, LLC | 43451 | $31,680.00 | 9/23/2019 | 109971769 | 8/3/2019 | $31,680.00 |
| **Totals:** | **1 transfer(s),** | **$31,680.00** | | | | | |