# **EXHIBIT A**

**(*Kellogg Declaration*)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DEAN FOODS COMPANY, et al.[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 19-36314 (DRJ)<br><br>(Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust,<br><br>                          Plaintiff,<br><br>v.<br><br>KELLOGG SALES COMPANY,<br><br>                          Defendant. | Adv. Proc. No. 21-03067 (DRJ) |

**DECLARATION OF CLINT VANLANGINHAM IN SUPPORT OF
DEFENDANT KELLOGG SALES COMPANY'S RESPONSE TO
PLAINTIFF'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF
SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFF'S CLAIMS AGAINST
<u>DEFENDANT, KELLOGG SALES COMPANY</u>**

Pursuant to 28 U.S.C. § 1746, I, Clint VanLanginham, hereby declare as follows:

1. I am a Manager National Accounts, Away from Home, with Kellogg Sales Company. I have been employed with Kellogg for 22 years. In that time, I was a sales representative for Kellogg working with the Debtors.

---

[1] The debtors or liquidating debtors in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Dean Foods Company (9681) and Dean Holding Company (8390). The liquidating debtors' mailing address is: Daniel H. Golden, Trustee, Dean Foods Company Estate & Liquidating Trust, In Care of BRG, 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663, Attn: Rick Wright.

2. I submit this declaration (this "Declaration") in support of the *Defendant Kellogg Sales Company's Response to Plaintiff's Motion and Memorandum of Law in Support of Summary Judgement with Respect to Plaintiff's Claims Against Defendant, Kellogg Sales Company* (the "Response"). A capitalized term used but not defined herein shall have the meaning ascribed to it in the Response. Except as otherwise specified herein, the facts set forth in this Declaration are based upon my person knowledge or upon records maintained in Kellogg's business that were reviewed by me or others under my supervision and direction. Furthermore, I, or others under my supervision or at my direction have reviewed Kellogg's business relationship with the Debtors, including the Parties' historical dealings. A summary of each invoice issued by Kellogg to the Debtors and the Debtors' payment thereof is attached hereto as **Exhibit A-1**. A corresponding summary of just the Transfers which I understand the Trustee is seeking to avoid is attached hereto as **Exhibit A-2**. If called and sworn as a witness, I could and would testify competently to the matters set forth herein.

3. Beginning in approximately November 2017, Kellogg began providing certain baked goods, principally crushed cookies, to the Debtors for use in certain varieties of ice cream they produced. In order to obtain these crushed cookies from Kellogg, the Debtors would submit a purchase order from one of its manufacturing facilities for the product required. Thereafter, Kellogg would ship the requested crushed cookies to the Debtors' designated facility with an invoice for payment. The Debtors specified to which facility Kellogg should ship the products, but Kellogg's agreement as to invoice terms and the like were generally consistent across all of the Debtors, under the umbrella of Dean Foods Company, with limited administrative adjustments for things like facility location, facility/brand name, and so forth.

4. Kellogg received orders from, and issued its invoices to, the Debtors under substantially the same terms. With very few exceptions, Kellogg issued invoices on 2% 15, net 45 credit terms, which provided an 'early pay' discount of 2% if the Debtors paid Kellogg no later than 15 days following the invoice date, but payment was not due until 45 days following the invoice date. Just a few months after the Parties' relationship began, the Debtors assert that they renegotiated their credit terms with Kellogg to 2% 15, net 60 terms. *See* **Exhibit A-3**. Kellogg generally continued to issue its invoices with 2% 15, net 45 terms, consistent with its understanding of the credit terms in place. However, the Debtors paid Kellogg based between the 61st and 65th day following the invoice (when not taking the discount), and Kellogg accepted these payments and continued to provide the products ordered by the Debtors.

5. Additionally, the Debtors' usual practice was to pay Kellogg *via* electronic funds transfer, which continued during the Preference Period. Additionally, with very few *de minimis* exceptions prior to the Preference Period, the Debtors always paid Kellogg in the full invoiced amount, rather than make partial payments on an invoice. Moreover, I do not believe that Kellogg engaged in any unusual or extraordinary collection efforts during the Preference Period.

6. In approximately, August 2019, following a number of logistical difficulties and the sale of Kellogg's cookie business to a third party, the Debtors ceased ordering products from Kellogg in favor of another supplier.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 4, 2022                                           */s/ Clint VanLanginham*
                                                                                    Clint VanLanginham

3

## **Exhibit A-1**

(***Parties' Invoice and Payment History***)

| Debtor - Transferor | Invoice No. | Invoice Date | Invoice Amount | Date Cleared | Number of Days from Invoice Date to Clear Date |
|---|---|---|---|---|---|
| Dean Foods Company | 109243367 | 11/11/2017 | $20,520.00 | 11/28/2017 | 17 |
| Dean Foods Company | 109324150 | 11/20/2017 | $21,216.82 | 12/7/2017 | 17 |
| Dean Dairy Holdings | 109324129 | 11/22/2017 | $9,288.50 | 12/11/2017 | 19 |
| Dean Foods Company | 109340339 | 12/2/2017 | $3,689.18 | 12/19/2017 | 17 |
| Dean Foods Company | 109325010 | 12/4/2017 | $20,520.00 | 12/21/2017 | 17 |
| Dean Dairy Holdings | 109327655 | 12/8/2017 | $21,383.82 | 12/26/2017 | 18 |
| Dean Foods Company | 109329777 | 12/16/2017 | $5,449.76 | 1/4/2018 | 19 |
| Dean Foods Company | 109268777 | 12/19/2017 | $37,169.40 | 1/5/2018 | 17 |
| Dean Dairy Holdings | 109296136 | 12/14/2017 | $29,337.50 | 1/5/2018 | 22 |
| Dean Foods Company | 109366135 | 12/20/2017 | $20,520.00 | 1/8/2018 | 19 |
| Dean Foods Company | 109366799 | 12/21/2017 | $21,216.82 | 1/10/2018 | 20 |
| Dean Dairy Holdings | 109358232 | 12/28/2017 | $7,578.50 | 1/17/2018 | 20 |
| Dean Dairy Holdings | 109385001 | 1/10/2018 | $19,896.34 | 1/29/2018 | 19 |
| Dean Foods Company | 109390828 | 1/14/2018 | $47,495.80 | 1/31/2018 | 17 |
| Dean Foods Company | 109365908 | 1/20/2018 | $7,266.37 | 2/8/2018 | 19 |
| Dean Foods Company | 109408312 | 1/29/2018 | $20,520.00 | 2/15/2018 | 17 |
| Dean Foods Company | 109398867 | 2/6/2018 | $9,906.03 | 2/23/2018 | 17 |
| Dean Foods Company | 109424022 | 2/14/2018 | $20,520.00 | 3/5/2018 | 19 |
| Dean Dairy Holdings | 109403467 | 2/9/2018 | $11,123.90 | 3/5/2018 | 24 |
| Dean Foods Company | 109407937 | 2/14/2018 | $9,906.03 | 3/8/2018 | 22 |
| Dean Foods Company | 109410216 | 1/30/2018 | $21,216.82 | 3/8/2018 | 37 |
| Dean Foods Company | 109430503 | 2/19/2018 | $37,169.40 | 3/8/2018 | 17 |
| Dean Foods Company | 109431524 | 2/20/2018 | $21,216.82 | 3/9/2018 | 17 |
| Dean Dairy Holdings | 109403468 | 2/9/2018 | $11,123.90 | 3/14/2018 | 33 |
| Dean Foods Company | 109437743 | 3/2/2018 | $20,520.00 | 3/20/2018 | 18 |
| Dean Foods Company | 109452415 | 3/8/2018 | $34,895.80 | 3/27/2018 | 19 |
| Dean Dairy Holdings | 109453331 | 3/13/2018 | $26,696.85 | 3/30/2018 | 17 |
| Dean Foods Company | 109402663 | 1/30/2018 | $37,169.40 | 4/3/2018 | 63 |
| Dean Dairy Holdings | 109372993 | 3/17/2018 | $11,123.90 | 4/3/2018 | 17 |
| Dean Foods Company | 109469056 | 3/24/2018 | $37,169.40 | 4/10/2018 | 17 |
| Dean Foods Company | 109474926 | 3/27/2018 | $20,520.00 | 4/13/2018 | 17 |
| Dean Foods Company | 109462693 | 3/29/2018 | $34,200.00 | 4/17/2018 | 19 |
| Dean Dairy Holdings | 109462721 | 3/30/2018 | $14,553.60 | 4/17/2018 | 18 |
| Dean Foods Company | 109438558 | 4/4/2018 | $7,266.37 | 4/23/2018 | 19 |
| Dean Foods Company | 109490630 | 4/10/2018 | $21,216.82 | 4/27/2018 | 17 |

| Debtor - Transferor | Invoice No. | Invoice Date | Invoice Amount | Date Cleared | Number of Days from Invoice Date to Clear Date |
|---|---|---|---|---|---|
| Dean Foods Company | 109415695 | 4/11/2018 | $34,895.80 | 4/30/2018 | 19 |
| Dean Dairy Holdings | 109493517 | 4/14/2018 | $11,123.90 | 5/2/2018 | 18 |
| Dean Foods Company | 109474645 | 4/16/2018 | $37,169.40 | 5/3/2018 | 17 |
| Dean Dairy Holdings | 109465255 | 4/20/2018 | $11,123.90 | 5/8/2018 | 18 |
| Dean Foods Company | 109476482 | 4/25/2018 | $21,216.82 | 5/14/2018 | 19 |
| Dean Foods Company | 109458637 | 5/1/2018 | $20,520.00 | 5/18/2018 | 17 |
| Dean Foods Company | 109486171 | 5/17/2018 | $1,848.04 | 6/5/2018 | 19 |
| Dean Dairy Holdings | 109507028 | 5/12/2018 | $19,746.72 | 6/8/2018 | 27 |
| Dean Foods Company | 109491476 | 5/25/2018 | $34,895.80 | 6/12/2018 | 18 |
| Dean Foods Company | 109542711 | 5/25/2018 | $3,074.31 | 6/12/2018 | 18 |
| Dean Foods Company | 109511773 | 6/3/2018 | $11,689.00 | 6/20/2018 | 17 |
| Dean Foods Company | 109544516 | 6/4/2018 | $21,216.82 | 6/21/2018 | 17 |
| Dean Dairy Holdings | 109536245 | 5/29/2018 | $11,123.90 | 6/21/2018 | 23 |
| Dean Foods Company | 109532681 | 6/6/2018 | $20,520.00 | 6/25/2018 | 19 |
| Dean Dairy Holdings | 109541392 | 6/4/2018 | $11,123.90 | 6/26/2018 | 22 |
| Dean Dairy Holdings | 109560132 | 6/15/2018 | $11,123.90 | 7/3/2018 | 18 |
| Dean Foods Company | 109444586 | 6/17/2018 | $20,520.00 | 7/5/2018 | 18 |
| Dean Foods Company | 109537842 | 6/19/2018 | $37,169.40 | 7/6/2018 | 17 |
| Dean Foods Company | 109485344 | 6/21/2018 | $34,200.00 | 7/10/2018 | 19 |
| Dean Foods Company | 109532300 | 5/15/2018 | $21,216.82 | 7/10/2018 | 56 |
| Dean Foods Company | 109547997 | 6/27/2018 | $4,548.35 | 7/16/2018 | 19 |
| Dean Dairy Holdings | 109577814 | 6/29/2018 | $11,123.90 | 7/17/2018 | 18 |
| Dean Foods Company | 109582903 | 7/3/2018 | $37,169.40 | 7/20/2018 | 17 |
| Dean Foods Company | 109591506 | 7/8/2018 | $20,520.00 | 7/25/2018 | 17 |
| Dean Dairy Holdings | 109571058 | 7/10/2018 | $11,123.82 | 7/27/2018 | 17 |
| Dean Foods Company | 109551297 | 7/14/2018 | $21,216.82 | 7/31/2018 | 17 |
| Dean Foods Company | 109595602 | 7/13/2018 | $8,162.25 | 7/31/2018 | 18 |
| Dean Foods Company | 109544444 | 5/31/2018 | $2,850.00 | 8/3/2018 | 64 |
| Dean Foods Company | 109537274 | 7/18/2018 | $34,895.80 | 8/6/2018 | 19 |
| Dean Foods Company | 109593877 | 7/20/2018 | $4,548.35 | 8/7/2018 | 18 |
| Dean Dairy Holdings | 109585954 | 7/21/2018 | $11,123.90 | 8/7/2018 | 17 |
| Dean Foods Company | 109593073 | 7/27/2018 | $4,548.35 | 8/14/2018 | 18 |
| Dean Dairy Holdings | 109585464 | 7/26/2018 | $11,123.90 | 8/14/2018 | 19 |
| Dean Foods Company | 109572282 | 7/31/2018 | $21,216.82 | 8/17/2018 | 17 |
| Dean Foods Company | 109620003 | 8/3/2018 | $37,169.40 | 8/21/2018 | 18 |
| Dean Dairy Holdings | 109616436 | 8/3/2018 | $11,123.90 | 8/21/2018 | 18 |

2

| Debtor - Transferor | Invoice No. | Invoice Date | Invoice Amount | Date Cleared | Number of Days from Invoice Date to Clear Date |
|---|---|---|---|---|---|
| Dean Dairy Holdings | 109627308 | 8/9/2018 | $28,448.51 | 8/28/2018 | 19 |
| Dean Foods Company | 109585376 | 8/12/2018 | $34,895.80 | 8/29/2018 | 17 |
| Dean Foods Company | 109631432 | 8/15/2018 | $37,169.40 | 9/4/2018 | 20 |
| Dean Foods Company | 109623336 | 8/21/2018 | $5,449.76 | 9/7/2018 | 17 |
| Dean Foods Company | 109572080 | 8/23/2018 | $21,216.82 | 9/11/2018 | 19 |
| Dean Foods Company | 109585753 | 8/24/2018 | $5,449.76 | 9/11/2018 | 18 |
| Dean Foods Company | 109645843 | 8/25/2018 | $20,520.00 | 9/11/2018 | 17 |
| Dean Dairy Holdings | 109637425 | 8/28/2018 | $21,541.89 | 9/19/2018 | 22 |
| Dean Foods Company | 109651319 | 9/9/2018 | $34,200.00 | 9/26/2018 | 17 |
| Dean Foods Company | 109626280 | 9/11/2018 | $21,216.82 | 9/28/2018 | 17 |
| Dean Foods Company | 109688414 | 9/29/2018 | $19,008.00 | 10/16/2018 | 17 |
| Dean Foods Company | 109608590 | 10/7/2018 | $3,437.11 | 10/26/2018 | 19 |
| Dean Foods Company | 109662430 | 10/11/2018 | $34,895.80 | 10/30/2018 | 19 |
| Dean Foods Company | 109698229 | 10/17/2018 | $33,080.00 | 11/5/2018 | 19 |
| Dean Foods Company | 109706002 | 10/17/2018 | $19,704.82 | 11/5/2018 | 19 |
| Dean Dairy Holdings | 109679388 | 10/10/2018 | $20,029.89 | 11/6/2018 | 27 |
| Dean Foods Company | 109642505 | 9/13/2018 | $5,073.75 | 11/14/2018 | 62 |
| Dean Foods Company | 109686796 | 10/31/2018 | $3,437.11 | 11/19/2018 | 19 |
| Dean Dairy Holdings | 109688688 | 11/4/2018 | $15,129.60 | 11/21/2018 | 17 |
| Dean Foods Company | 109619086 | 11/6/2018 | $19,008.00 | 11/26/2018 | 20 |
| Dean Foods Company | 109678881 | 11/7/2018 | $19,704.79 | 11/26/2018 | 19 |
| Dean Foods Company | 109723261 | 11/13/2018 | $3,437.11 | 11/30/2018 | 17 |
| Dean Dairy Holdings | 109723290 | 11/14/2018 | $4,458.05 | 12/3/2018 | 19 |
| Dean Dairy Holdings | 109630975 | 9/8/2018 | $21,541.89 | 12/4/2018 | 87 |
| Dean Foods Company | 109710734 | 11/20/2018 | $19,008.00 | 12/7/2018 | 17 |
| Dean Dairy Holdings | 109738257 | 12/3/2018 | $20,029.85 | 12/20/2018 | 17 |
| Dean Foods Company | 109712064 | 12/4/2018 | $34,200.00 | 12/21/2018 | 17 |
| Dean Foods Company | 109750113 | 12/11/2018 | $34,200.00 | 12/28/2018 | 17 |
| Dean Foods Company | 109757494 | 12/11/2018 | $4,233.35 | 12/28/2018 | 17 |
| Dean Foods Company | 109715619 | 12/15/2018 | $6,762.32 | 1/2/2019 | 18 |
| Dean Dairy Holdings | 109745586 | 1/12/2019 | $20,029.85 | 1/29/2019 | 17 |
| Dean Foods Company | 109709575 | 1/14/2019 | $19,704.79 | 1/31/2019 | 17 |
| Dean Foods Company | 109538997 | 12/7/2018 | $19,704.82 | 2/7/2019 | 62 |
| Dean Dairy Holdings | 109760497 | 1/23/2019 | $25,606.46 | 2/11/2019 | 19 |
| Dean Foods Company | 109761002 | 12/12/2018 | $34,649.40 | 2/12/2019 | 62 |
| Dean Foods Company | 109809200 | 1/29/2019 | $1,689.91 | 2/15/2019 | 17 |

| Debtor - Transferor | Invoice No. | Invoice Date | Invoice Amount | Date Cleared | Number of Days from Invoice Date to Clear Date |
|---|---|---|---|---|---|
| Dean Foods Company | 109782693 | 2/6/2019 | $34,649.40 | 2/25/2019 | 19 |
| Dean Foods Company | 109824710 | 2/13/2019 | $34,649.40 | 3/4/2019 | 19 |
| Dean Foods Company | 109783173 | 2/14/2019 | $19,008.00 | 3/5/2019 | 19 |
| Dean Foods Company | 109807496 | 2/15/2019 | $34,649.40 | 3/5/2019 | 18 |
| Dean Foods Company | 109815314 | 2/14/2019 | $4,233.35 | 3/5/2019 | 19 |
| Dean Dairy Holdings | 109838130 | 2/22/2019 | $20,029.85 | 3/12/2019 | 18 |
| Dean Dairy Holdings | 109819410 | 2/11/2019 | $20,044.05 | 3/14/2019 | 31 |
| Dean Dairy Holdings | 109779498 | 2/28/2019 | $20,029.85 | 3/19/2019 | 19 |
| Dean Foods Company | 109762392 | 1/12/2019 | $9,504.00 | 3/21/2019 | 68 |
| Dean Dairy Holdings | 109870535 | 3/23/2019 | $24,806.85 | 4/9/2019 | 17 |
| Dean Dairy Holdings | 109827898 | 4/2/2019 | $24,806.85 | 4/22/2019 | 20 |
| Dean Dairy Holdings | 109890501 | 4/6/2019 | $24,806.85 | 4/23/2019 | 17 |
| Dean Foods Company | 109779487 | 2/26/2019 | $19,704.79 | 4/30/2019 | 63 |
| Dean Foods Company | 109829417 | 2/26/2019 | $5,073.75 | 4/30/2019 | 63 |
| Dean Foods Company | 109813535 | 3/2/2019 | $6,762.32 | 5/3/2019 | 62 |
| Dean Dairy Holdings | 109904267 | 4/20/2019 | $24,806.85 | 5/7/2019 | 17 |
| Dean Foods Company | 109850443 | 3/8/2019 | $6,762.32 | 5/9/2019 | 62 |
| Dean Foods Company | 109856083 | 3/12/2019 | $12,917.58 | 5/14/2019 | 63 |
| Dean Foods Company | 109865776 | 3/20/2019 | $32,375.80 | 5/21/2019 | 62 |
| Dean Foods Company | 109812499 | 3/31/2019 | $31,680.00 | 6/3/2019 | 64 |
| Dean Foods Company | 109866597 | 4/1/2019 | $19,704.79 | 6/4/2019 | 64 |
| Dean Foods Company | 109878554 | 4/2/2019 | $10,870.00 | 6/4/2019 | 63 |
| Dean Dairy Holdings | 109890819 | 5/17/2019 | $24,806.85 | 6/4/2019 | 18 |
| Dean Foods Company | 109892223 | 4/10/2019 | $4,233.35 | 6/11/2019 | 62 |
| Dean Foods Company | 109904259 | 4/18/2019 | $19,704.79 | 6/19/2019 | 62 |
| Dean Foods Company | 109864091 | 4/20/2019 | $34,649.40 | 6/21/2019 | 62 |
| Dean Foods Company | 109859828 | 4/22/2019 | $7,595.25 | 6/25/2019 | 64 |
| Dean Foods Company | 109907350 | 4/29/2019 | $7,595.25 | 7/2/2019 | 64 |
| Dean Foods Company | 109916103 | 5/1/2019 | $34,649.40 | 7/2/2019 | 62 |
| Dean Dairy Holdings | 109960731 | 6/13/2019 | $16,713.60 | 7/2/2019 | 19 |
| Dean Foods Company | 109899556 | 5/14/2019 | $11,880.00 | 7/16/2019 | 63 |
| Dean Dairy Holdings | 109980307 | 6/27/2019 | $3,666.05 | 7/16/2019 | 19 |
| Dean Foods Company | 109888558 | 5/16/2019 | $19,704.79 | 7/17/2019 | 62 |
| Dean Foods Company | 109856398 | 5/17/2019 | $32,375.80 | 7/18/2019 | 62 |
| Dean Dairy Holdings | 109946038 | 7/10/2019 | $20,029.85 | 7/29/2019 | 19 |
| Dean Foods Company | 109955565 | 6/7/2019 | $19,704.79 | 8/8/2019 | 62 |

| Debtor - Transferor | Invoice No. | Invoice Date | Invoice Amount | Date Cleared | Number of Days from Invoice Date to Clear Date |
|---|---|---|---|---|---|
| Dean Foods Company | 109898486 | 6/12/2019 | $24,569.40 | 8/13/2019 | 62 |
| Dean Dairy Holdings | 110007683 | 7/26/2019 | $20,029.85 | 8/13/2019 | 18 |
| Dean Foods Company | 109963664 | 6/14/2019 | $5,071.71 | 8/15/2019 | 62 |
| Dean Foods Company | 109963738 | 6/18/2019 | $33,144.40 | 8/20/2019 | 63 |
| Dean Foods Company | 109927299 | 6/25/2019 | $31,680.00 | 8/27/2019 | 63 |
| Dean Foods Company | 109971264 | 6/25/2019 | $19,704.79 | 8/27/2019 | 63 |
| Dean Foods Company | 109945871 | 6/27/2019 | $15,840.00 | 8/28/2019 | 62 |
| Dean Foods Company | 109949267 | 7/2/2019 | $5,071.71 | 9/5/2019 | 65 |
| Dean Foods Company | 109972962 | 7/8/2019 | $33,144.40 | 9/10/2019 | 64 |
| Dean Foods Company | 109981273 | 7/12/2019 | $9,212.99 | 9/12/2019 | 62 |
| Dean Foods Company | 109975858 | 7/14/2019 | $19,789.20 | 9/16/2019 | 64 |
| Dean Foods Company | 109988755 | 7/15/2019 | $25,351.50 | 9/17/2019 | 64 |
| Dean Foods Company | 110061222 | 7/17/2019 | $5,470.83 | 9/17/2019 | 62 |
| Dean Foods Company | 109933893 | 7/16/2019 | $33,144.40 | 9/17/2019 | 63 |
| Dean Dairy Holdings | 109971769 | 8/3/2019 | $31,680.00 | 9/23/2019 | 51 |
| Dean Foods Company | 109941183 | 5/29/2019 | $3,561.75 | 10/1/2019 | 125 |
| Dean Foods Company | 109989497 | 8/2/2019 | $7,128.00 | 10/3/2019 | 62 |
| Dean Foods Company | 109985677 | 8/7/2019 | $19,704.79 | 10/8/2019 | 62 |
| Dean Foods Company | 110018337 | 8/7/2019 | $14,256.00 | 10/8/2019 | 62 |
| Dean Foods Company | 109995777 | 8/8/2019 | $3,168.00 | 10/9/2019 | 62 |
| Dean Foods Company | 109941778 | 8/9/2019 | $31,680.00 | 10/10/2019 | 62 |
| Dean Foods Company | 110026460 | 8/9/2019 | $31,680.00 | 10/10/2019 | 62 |
| Dean Foods Company | 109976197 | 8/16/2019 | $31,680.00 | 10/17/2019 | 62 |
| Dean Foods Company | 110046757 | 8/28/2019 | $19,704.79 | 10/29/2019 | 62 |

**Exhibit A-2**

(*Preference Period Invoice and Payment History*)

| Debtor - Transferor | Invoice No. | Invoice Date | Invoice Amount | Date Cleared | Number of Days from Invoice Date to Clear Date |
|---|---|---|---|---|---|
| Dean Foods Company | 109963664 | 6/14/2019 | $5,071.71 | 8/15/2019 | 62 |
| Dean Foods Company | 109963738 | 6/18/2019 | $33,144.40 | 8/20/2019 | 63 |
| Dean Foods Company | 109927299 | 6/25/2019 | $31,680.00 | 8/27/2019 | 63 |
| Dean Foods Company | 109971264 | 6/25/2019 | $19,704.79 | 8/27/2019 | 63 |
| Dean Foods Company | 109945871 | 6/27/2019 | $15,840.00 | 8/28/2019 | 62 |
| Dean Foods Company | 109949267 | 7/2/2019 | $5,071.71 | 9/5/2019 | 65 |
| Dean Foods Company | 109972962 | 7/8/2019 | $33,144.40 | 9/10/2019 | 64 |
| Dean Foods Company | 109981273 | 7/12/2019 | $9,212.99 | 9/12/2019 | 62 |
| Dean Foods Company | 109975858 | 7/14/2019 | $19,789.20 | 9/16/2019 | 64 |
| Dean Foods Company | 109988755 | 7/15/2019 | $25,351.50 | 9/17/2019 | 64 |
| Dean Foods Company | 110061222 | 7/17/2019 | $5,470.83 | 9/17/2019 | 62 |
| Dean Foods Company | 109933893 | 7/16/2019 | $33,144.40 | 9/17/2019 | 63 |
| Dean Dairy Holdings | 109971769 | 8/3/2019 | $31,680.00 | 9/23/2019 | 51 |
| Dean Foods Company | 109941183 | 5/29/2019 | $3,561.75 | 10/1/2019 | 125 |
| Dean Foods Company | 109989497 | 8/2/2019 | $7,128.00 | 10/3/2019 | 62 |
| Dean Foods Company | 109985677 | 8/7/2019 | $19,704.79 | 10/8/2019 | 62 |
| Dean Foods Company | 110018337 | 8/7/2019 | $14,256.00 | 10/8/2019 | 62 |
| Dean Foods Company | 109995777 | 8/8/2019 | $3,168.00 | 10/9/2019 | 62 |
| Dean Foods Company | 109941778 | 8/9/2019 | $31,680.00 | 10/10/2019 | 62 |
| Dean Foods Company | 110026460 | 8/9/2019 | $31,680.00 | 10/10/2019 | 62 |
| Dean Foods Company | 109976197 | 8/16/2019 | $31,680.00 | 10/17/2019 | 62 |
| Dean Foods Company | 110046757 | 8/28/2019 | $19,704.79 | 10/29/2019 | 62 |

**Exhibit A-3**

(*Debtors' Payment Terms Email*)

| | |
|---|---|
| **From:** | Mylinh Luong |
| **Sent:** | Thursday, April 11, 2019 10:19 AM |
| **To:** | Kumar, Daven |
| **Subject:** | FW: Payment Terms on Kellogg |

HI Daven,

Please note that our payment terms has been 2% 15/60 since 02/28/18 per your agreement with Bonnie Paquette.  I didn't realized this when I first started with Dean.
Kindly make sure the terms in your payment system reflects the correct 2% 15/60.

Thank you,
Mylinh

Mylinh Luong
Category Manager – Ingredients
Procurement
Dean Foods Company
2711 North Haskell Avenue, Suite 3400 Dallas, Texas 75204
Phone (214) 721-7732
mylinh_luong@deanfoods.com



---

**From:** Marsha Franklin
**Sent:** Monday, October 1, 2018 12:27 PM
**To:** Marisol Perea <Marisol_Perea@deanfoods.com>
**Cc:** Mylinh Luong <Mylinh_Luong@deanfoods.com>
**Subject:** RE: Payment Terms on Kellogg

Dean has been taking discount of 2% 15 NET 60 since 02/28/18 and a 2% 15 NET 45 since 12/18/13 per JDE.

Thanks,
Marsha

**From:** Marisol Perea
**Sent:** Friday, September 28, 2018 11:27 AM
**To:** Marsha Franklin <Marsha_Franklin@deanfoods.com>
**Cc:** Mylinh Luong <Mylinh_Luong@deanfoods.com>
**Subject:** Payment Terms on Kellogg

Hi Marsha,

We just wanted to confirm that we have been taking the 2% discount on Kellogg since April. the below screen shots are from JDE.



Thanks,

**Marisol Perea**
Procurement Analyst | Dean Foods Company
Direct: 214.303.3484 |  marisol_perea@deanfoods.com
2711 N Haskell Avenue, Suite 3400 Dallas TX 75204

2