IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DEAN FOODS COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-36314 (DRJ)<br><br>(Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Kellogg Sales Company,<br><br>Defendant. | Adv. No. 21-03067 |

## NOTICE OF FINAL PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, in accordance with Federal Rule of Civil Procedure 16(e), made applicable by Federal Bankruptcy Rule 7016, and the *Order Establishing Procedures Governing Certain Adversary Proceedings Commenced by the Debtors Pursuant to 11 U.S.C. §§ 547, 548, 549, and 550* (the "Procedures Order") [Case No. 19-36313, Docket No. 3646], a Final Pretrial Conference in the above-captioned adversary proceeding has been scheduled to take place on **Tuesday, September 19, 2023 at 1:30 p.m. (Prevailing Central Time)** before the Honorable David R. Jones, United States Bankruptcy Judge.

---

[1] The debtors or liquidating debtors in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Dean Foods Company (9681) and Dean Holding Company (8390). The liquidating debtors' mailing address is: Daniel H. Golden, Trustee, Dean Foods Company Estate & Liquidating Trust, In Care of BRG, 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663, Attn: Rick Wright.

**PLEASE TAKE FURTHER NOTICE** that the Final Pretrial Conference will be conducted at the United States Courthouse, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002. You may participate in person or electronically by an audio or visual connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility by calling 832-917-1510 and entering the conference code (205691). Video communication will be by use of the GoToMeeting platform. You may connect via the free GoToMeeting application or by clicking the link (https://gotomeet.me/JudgeJones) on Judge Jones' homepage on the Southern District of Texas website. The meeting code is "JudgeJones." Click the settings icon in the upper-righthand corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that electronic appearances must be made in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-david-r-jones) on Judge Jones' homepage. Then, select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in these chapter 11 cases can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the claims and noticing agent at https://dm.epiq11.com/case/southernfoods/info.

[*Signature Page Follows*]

Dated:  August 1, 2023

        **ASK LLP**

By: _/s/ Nicholas C. Brown_
    Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
    Kara E. Casteel, Esq., MN SBN 0389115
    Nicholas C. Brown, Esq., NC SBN 38054
    (_admitted pro hac vice_)
    2600 Eagan Woods Drive, Suite 400
    St. Paul, MN 55121
    Telephone:        (651) 289-3846
    Facsimile:          (651) 406-9676
    Email:          jsteinfeld@askllp.com
               kcasteel@askllp.com
               nbrown@askllp.com

_Counsel to the Liquidating Trustee_

Certificate of Service

I certify that on August 1, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Nicholas C. Brown*
Nicholas C. Brown