IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DEAN FOODS COMPANY, *et al.*, | ) | Case No. 19-36314 (DRJ) |
| | ) | |
| Liquidating Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AGENDA FOR HEARING SCHEDULED FOR
SEPTEMBER 19, 2023 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

Daniel H. Golden, in his capacity as Liquidating Trustee ("<u>Trustee</u>" or "<u>Plaintiff</u>") for the DFC Liquidating Trust (the "<u>Liquidating Trust</u>") and sole officer and director of the Liquidating Debtors, and plaintiff in the below-referenced adversary proceedings, hereby files this proposed agenda for matters set for hearing on September 19, 2023 at 1:30 p.m. (prevailing Central Time).

I. **<u>Adversary 21-03067 (Golden v. Kellogg Sales Company)</u>**

1. *Notice of Final Pretrial Conference* [Adv. Docket No. 27].

    <u>Responses Received</u>:

    *N/A*

    **<u>Status</u>:** **The parties request that this hearing be conducted as a status and scheduling conference.**

---

[1] The debtors or liquidating debtors in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Dean Foods Company (9681) and Dean Holding Company (8390). The liquidating debtors' mailing address is: Daniel H. Golden, Trustee, Dean Foods Company Estate & Liquidating Trust, In Care of BRG, 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663, Attn: Rick Wright.

II. **Adversary 21-04193 (Golden v. Southeast Milk, Inc.)**

1. *Plaintiff's Motion and Memorandum of Law in Support of Partial Summary Judgment)* [Adv. Docket No. 15]

    Responses Received:

    None.

    **Status:** This matter is going forward. The parties refer the Court to the proposed *Agreed Order Granting Plaintiff's Motion and Memorandum of Law in Support of Partial Summary Judgment with Respect to Plaintiff's Claims Against Defendant, Southeast Milk, Inc.* [Adv. Docket No. 21].

    Related Documents:

    A. *Notice of Hearing* [Adv. Docket No. 19].

    B. *Plaintiff's Exhibit List* [Adv. Docket No. 20].

    C. (proposed) *Agreed Order Granting Plaintiff's Motion and Memorandum of Law in Support of Partial Summary Judgment with Respect to Plaintiff's Claims Against Defendant, Southeast Milk, Inc.* [Adv. Docket No. 21].

III. **Adversary 21-04284 (Golden v. Watermark Digital, LLC)**

1. *Status / Scheduling Conference* [Adv. Docket No. 21]

    Responses Received:

    N/A

    **Status:** This matter is going forward as a status and scheduling conference. The parties refer the Court to their Agreed Joint Scheduling Order [Adv. Docket No. 23].

    Related Documents:

    A. *Plaintiff's Motion for Summary Judgment with Respect to Claims Against Defendant, Watermark Digital* [Adv. Docket No. 10].

    B. *Defendant's Amended Answer to Complaint* [Adv. Docket No. 20].

    C. (proposed) *Agreed Joint Scheduling Order* [Adv. Docket No. 23].

September 18, 2023

                                                 Respectfully submitted,

*/s/ Nicholas C. Brown*
**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
(admitted *pro hac vice*)
Nicholas C. Brown, Esq., NC SBN 38054
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: jsteinfeld@askllp.com
       kcasteel@askllp.com
       nbrown@askllp.com

*Counsel to the Liquidating Trustee*

## Certificate of Service

      I certify that on September 18, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Nicholas C. Brown*
Nicholas C. Brown